[L. A. No. 13098.  In Bank.—March 31, 1933.]

PEARL HUTT, Respondent, v. J. W. CORSER, Appellant.

James W. Bell for Appellant.

Patterson, Bailey & Montgomery and F. I. Richman for Respondent.

PRESTON, J.—■■■  Action to quiet title.  Judgment for plaintiff.  Defendant appeals.  His brief presents no question of law but is at most an attempt to recite the evidence in the case, which on its face discloses not only conflicting evidence but a preponderance thereof in favor of respondent's claims.

The motion to dismiss the appeal heretofore made herein, and submitted, is denied.  The judgment is affirmed.

Curtis, J., Langdon, J., Shenk, J., Seawell, J., Thompson, J., and Waste, C. J., concurred.